RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6111-CR-FERGUSON

18 USC 1542
18 USC 911
18 USC 1621

MAGISTRATE JUDGE
SNOW



UNITED STATES OF AMERICA

v.

CRAIG NORMAN TURTON,
    a/k/a "Robert Turton,"
    a/k/a "Michael Palmer,"

              Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 31, 2000, at Broward County, in the Southern District of Florida, the defendant,

        CRAIG NORMAN TURTON,
          a/k/a "Robert Turton,"
          a/k/a "Michael Palmer,"

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the

issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that he was Michael Palmer and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, he was not Michael Palmer and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

## COUNT II

On or about January 31, 2000, at Broward County, in the Southern District of Florida, the defendant,

CRAIG NORMAN TURTON,
a/k/a "Robert Turton,"
a/k/a "Michael Palmer,"

an alien, did knowingly and willfully falsely represent himself to be a citizen of the United States, in that he presented the birth certificate of a Michael Palmer, born in the U.S. Virgin Islands, claiming this to be his own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

## COUNT III

On or about January 31, 2000, at Broward County, in the Southern District of Florida, the defendant,

CRAIG NORMAN TURTON,
a/k/a "Robert Turton,"
a/k/a "Michael Palmer,"

2

having duly taken an oath, before Louise Blankenhorn, a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations he had made on his application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which he then and there did not believe to be true, in that he stated under oath as aforesaid that he was Michael Palmer and was born in the U.S. Virgin Islands, when in truth and in fact and as the defendant then and there well knew, he was not Michael Palmer and was not born in the U.S. Virgin Islands; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

CRAIG NORMAN TURTON               **CERTIFICATE OF TRIAL ATTORNEY***

                                  **Superseding Case Information:**

**Court Division:** (Select One)   New Defendant(s)      Yes ___  No ___
                                   Number of New Defendants ___
___ Miami   ___ Key West           Total number of counts   ___
 X  FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to  5 days    X___        Petty      ___
   II   6 to 10 days    ___         Minor      ___
   III  11 to 20 days   ___         Misdem.    ___
   IV   21 to 60 days   ___         Felony     X___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____          Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                  _____
                                  ROGER W. POWELL
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Florida Bar No. 341411

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: **CRAIG NORMAN TURTON**   Case No. _____

Count #: **1**

**False Statement in Application for U.S. Passport**

**18 U.S.C. §1542**

***Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

=================================================================

Count #: **2**

**False Claim to U.S. Citizenship**

**Title 18, United States Code, Section 911**

***Max. Penalty: 3 years' Imprisonment; and $250,000 fine**

=================================================================

Count #: **3**

**Perjury**

**Title 18, United States Code, Section 1621**

***Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

=================================================================

Count #:

*Max. Penalty:

=================================================================

Count #:

*Max. Penalty:

=================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98