AO 442 (Rev. 12/85) Warrant for Arrest   AUSA POWELL/ Agent Gillis - State Dept

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CRAIG NORMAN TURTON, a/k/a
"Robert Turton," a/k/a
"Michael Palmer"

TO:   The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6111

CR-FERGUSON

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest __CRAIG NORMAN TURTON__

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) False statement in application for US Passport; False claim of U.S. citizenship and perjury

in violation of Title __18__ United States Code, Section(s) __1542, 911 and 1621__

CLARENCE MADDOX
Name of Issuing Officer

_Penny Butler_
Signature of Issuing Officer

Bail fixed at $ __Pretrial Detention requested__

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL
Date and Location

_Lurana S. Snow_
UNITED STATES MAGISTRATE JUDGE
by __LURANA S. SNOW__
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____CRAIG NORMAN TURTON_____

ALIAS: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS: ___Chris Gillis, State Department_____