UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                       Case No. 00-6111-CR-FERGUSON

CRAIG N. TURTON, # 1

Defendant.

_____

JUL 26 2000

**ORDER OF TRANSFER TO THE CLERK**

    The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Craig N. Turton,#1 is apprehended.

    DONE AND ORDERED at Miami, Florida, this ___ day of July 2000.

                                        WILKIE D. FERGUSON, JR.
                                      UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL