AO 442 (Rev. 12/85) Warrant for Arrest  AUSA POWELL/ Agent Gillis - State Dept    473076

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

CRAIG NORMAN TURTON, a/k/a
"Robert Turton," a/k/a
"Michael Palmer"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00 - 6111**

**CR - FERGUSON**

MAGISTRATE JUDGE
**SNOW**

YOU ARE HEREBY COMMANDED to arrest __CRAIG NORMAN TURTON__

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) False statement in application for US Passport; False claim to U.S. citizenship and perjury

in violation of Title __18__ United States Code, Section(s) __1542, 911 and 1621__

__CLARENCE MADDOX__
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __Pretrial Detention requested__

__COURT ADMINISTRATOR/CLERK OF THE COURT__
Title of Issuing Officer

__FORT LAUDERDALE, FL__
Date and Location

by __LURANA S. SNOW__
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
West Palm Beach, FL

| DATE RECEIVED  5/2/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  1/10/01 | | Edward Purchase, SDUSM |