# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 1/10/01   TIME: 9:30A.M.-10:00 a.

**DEFT.** CRAIG NORMAN TURTON (J)   **CASE NO.** 00-6111-CR-FERGUSON/SNOW

**AUSA.** ROGER POWELL   **ATTY.** Robert Rosen - Evans AFPD
FALSE STATEMENT TO OBTAIN PASSPORT
FALSE CLAIM TO U.S. CITIZENSHIP
**AGENT.** JOE NIETO-DIPLOMATIC SVCS   **VIOL.** 18:1542, 911, 1621

**PROCEEDING** INITIAL   **BOND.** PTD (GOVT REQUEST)

**FUTURE DATES** Status Conf set 2/9/01 in Ft. Lauderdale.

**DISPOSITION** Defendant advised of rights. Federal Public Defender appointed. Government requested PTD; Pretrial Detention set 1/12/01 @ 9:30 am in WPB. Defendant arraigned.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

DATE: 1/10/01   TAPE: LRJ-01- 1-866