UNITED STATES DISTRICT COURT
Southern District of Florida

USM # 53978-004

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: CR 00-6111-CR-Ferguson |
| Plaintiff ) | |
| ) | REPORT COMMENCING CRIMINAL |
| -vs- ) | ACTION |
| ) | |
| CRAIG NORMAN TURTON ) | |
| Defendant | |

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-10-01    8 am/**pm**

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1542
    18 USC 911
    18 USC 1021

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 2-23-78

(6) Type of Charging Document: (check one)
   [X] Indictment  [ ] Complaint   To be filed/Already filed
   Case # 00-6111

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: FT. LAUDERDALE

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

Amount of Bond: $ TBD
Who set Bond: AUSA

(7) Remarks: HIGH ESCAPE RISK, KNOWN TO RESIST

(8) Date: 1-10-01    (9) Arresting Officer: C.J. Gill

(10) Agency: Diplomatic Security    (11) Phone: 305-536-5701

(12) Comments: _____