UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CRAIG TURTON,

        Defendant.

_____/

## NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

                  Respectfully submitted,

                  KATHLEEN M. WILLIAMS
                  FEDERAL PUBLIC DEFENDER

By: _____

                  Robert N. Berube
                    Supervisory Assistant
                  Federal Public Defender
                  Florida Bar No. 868795
                  Attorney for Defendant
                  101 N.E. 3rd Avenue, Suite 202
                  Fort Lauderdale, Florida 33301
                  (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the aforementioned motion was mailed on this _16_

day of January, 2001, to United States Attorney's Office, at 299 East Broward Boulevard, Fort

Lauderdale, Florida 33301.

                  _____
                  Robert N. Berube