**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _00-6111-CR- Ferguson/Snow_

UNITED STATES OF AMERICA

   Plaintiff,

v.

Craig Norman Turton
   Defendant.
_____/

REC'D by ____ D.C.
DKTG
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ____ D.C.
JAN 12 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER ON INITIAL APPEARANCE**

AUSA _Roger Powell_   Language _English_
Agent _____   Tape No. _LRJ-01-1-866_

The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on _January 10, 2001_ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _Federal Public Defender_ appointed as permanent counsel of record.
   Address: _400 Australian Ave North WPB FL._
   Zip Code: _33401_   Telephone: _561-833-6288_
3. The defendant shall attempt to retain counsel and shall appear before the court at 9:30 A.M. on
   _N/A_ , 2001.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 9:30am _____, 2001.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
   because _a/ Gov't's Request_
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 9:30am _1/12_, 2001.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   _____
   _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
   other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

   \_\_\_d. Maintain or actively seek full time gainful employment.
   \_\_\_e. Maintain or begin an educational program.
   \_\_\_f. Avoid all contact with victims of or witnesses to the crimes charged.
   \_\_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   \_\_\_h. Comply with the following curfew: _____
   \_\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
   \_\_\_j. Comply with the following additional special conditions of this bond:

___

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forththerein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, Florida, this _16_ day of ___January___, 2001.

                                                **CHIEF U.S. MAGISTRATE JUDGE**
                                                LINNEA R. JOHNSON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation