UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6111-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,

vs.

CRAIG NORMAN TURTON,
        Defendant.
_____/

REC'D by _____ D.C.
DKTG
JAN 1 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ___ D.C.
JAN 1 2 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

    <u>Defendant:</u>    Jail No.:_____

                      Language:_ENGLISH_____

                      Address:___IN CUSTODY_____

                      _____

                      Tel. No:_____

    <u>Defense Counsel:</u>  Name  :_FEDERAL PUBLIC DEFENDER_____

                      Address:_101 N.E. 3RD AVENUE STE 202____

                               _FORT LAUDERDALE, FL 33301_____

                      Tel. No:_954-356-7436_____

    <u>Bond Set/Continued:</u>    $ PRETRIAL DETENTION_____

Dated this_10th_ day of_January_____, 2001.

                      CLARENCE MADDOX, CLERK

                      BY_____[signature]_____
                         Deputy Clerk

                            TAPE NO._LRJ-01-1_____
                            DIGITAL START NO._866___