# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 1/12/01   TIME: 9:30 AM

**DEFT.** CRAIG NORMAN TURTON (J)   **CASE NO.** 00-6111-CR-FERGUSON/SNOW

*Kerry Baren for.*   *Robin Rosen-Evans - AFPD*
**AUSA.** ROGER POWELL   **ATTY.** FEDERAL PUBLIC DEFENDER
  FALSE STATEMENT TO OBTAIN PASSPORT
  FALSE CLAIM TO U.S. CITIZENSHIP
**AGENT.** JOE NIETO-DIPLOMATIC SVCS   **VIOL.** 18:1542, 911, 1621

**PROCEEDING**   PRETRIAL DETENTION   **BOND.** NO BOND

**FUTURE DATES**   Status Conf set 2/9/01 in Ft. Lauderdale

**DISPOSITION** *Pretrial Detention Hearing held. Court finds defendant is a risk of flight + a danger to the community + orders defendant pretrial detained.*

FILED by _____ D.C.
JAN 1 2 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

REC'D by _____ D.C.
DKTG
JAN 1 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DATE: 1/12/01   TAPE: LRJ-01- 3-1966