HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CRAIG NORMAN TURTON (no deft.)__ CASE NO: __00-6111-CR-Ferguson__

AUSA __Roger Powell__ / Kay    ATTY FPD - Day    01-010 (A)

Disc out - Gov't ready for December
disc not recd - m/due 2/26    @ 1505

DEFT __DALE BARTON HEWES (no deft.)__ CASE NO: ~~01-6003-CR-Dimitrouleas~~

AUSA __Donald Chase__ / Kay    ATTY __Stephen H. Rosen__ - Not pres

Disc out - no pending motions
possible plea    @ 1556

DEFT __JORGE ALBERTO GALLO (no deft.)__ CASE NO: ~~01-6007-CR-Zloch~~

AUSA __Donald Chase__ / Kay    ATTY __Irwin Lichter__ - Not pres

Disc out - no pending motions
March 12 trial period   m/due 2/26    @ 1590
possible plea

DEFT __ALEXANDER PLANA (no deft.)__ CASE NO: ~~93-389-CR-Ferguson~~

AUSA __Bryan McCabe__ / Kay    ATTY __Kathleen Grilli__ - Not pres

Gov't not ready - 2-26 trial period
Gov't will ask for continuance.    @ 1655

DEFT ___Re-set for___ CASE NO: _____
AUSA ___Another status 2/20 before BSS___ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __February 9, 2001__    TIME __11:00 A.M.__

17