UNITED STATES OF AMERICA                UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA
Plaintiff,

vs.                                     Case No. 00-6111-CR-FERGUSON

CRAIG TURTON, (J)                       SEN~~TENCING~~ ~~DATE~~D.C.

                                        FILED
Defendant.                              MAR 19 2001

                                        CLARENCE MADDOX
                                        CLERK U.S. DIST. CT.
                                        S.D. OF FLA. FT. LAUD.

TO:   DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

     By direction of the Honorable WILKIE D. FERGUSON, JR., United
States District Judge, YOU ARE HEREBY ORDERED to appear in the
United States District Court for the Southern District of Florida
on **May 25, 2001** at **10:30 A.M.**     for imposition of sentence. On
the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor,
Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale,
Florida, where sentence will be imposed.  You will receive no
further notice.

     If the above-named defendant has executed a bond with this
Court, this notice advises the defendant that failure to appear as
directed herein could result in his/her being charged with a
violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.
3146), which carries a maximum sentence of up to ten (10) years
imprisonment and a fine of $25,000, or both, if convicted.

     IT IS FURTHER ORDERED that a Presentence Investigation and
Report (PSR) to this Court will be completed and a copy made
available to the parties and their counsel.  DEFENSE COUNSEL AND
THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED
STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER
INSTRUCTION).

     IT IS FURTHER ORDERED that the U.S. Attorney's Office
immediately provide the U.S. Probation Department the necessary
information to prepare the Prosecution Section of the Presentence
Report.

DATED: March 19, 2001                   CLARENCE G. MADDOX, II
                                        Court Administrator/
COUNSEL: Robert Berube, AFPD            Clerk of Court

RECEIVED: March 19, 2001                BY: [signature]
                                            Deputy Clerk
GOVERNMENT: AUSA, Roger Powell

18