UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6111-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,

          vs.

CRAIG NORMAN TURTON,
                    Defendant.
_____/

MINUTES CHANGE OF PLEA

FILED by _____ D.C.

MAR 19 2001

CLARENCE MADDOX
C L E R K   U.S.   DIST.
S.D. OF FLA. FT. LAUD.

On March 19, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Robert Berube, AFPD, appointed by the Court/retained by the defendant, and said defendant stated in open court that he/her desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count one indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **May 25, 2001**
       10:30 a.m.,

( )    and the defendant was allowed to remain on present
       bond until then;

( )    and the defendant remanded to the custody of the
       U.S. Marshal until a $_____ bond is posted;

(X)    and the defendant was remanded to the custody of the
       U.S. Marshal awaiting sentencing.

*No Plea agreement of*

Judge Wilkie D. Ferguson, JR.
Reporter Brynn
Clerk Troy T. Walker

*19*