SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6111-CR-WDF

DEFENDANT C. Durton

JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER

DATE June 29, 2001

Court Reporter B. Hacksterber ~~Paul Haferling~~

USPO S. Stanley

AUSA Kayen Harell

Deft's Counsel Robert Berube, FPD

COUNTS DISMISSED ___ All Others ___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

Reg it to appeal

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months    Counts
                         10         1

Supervised Release  2 yrs (one 2 2 for deterit)

Probation    Years    Months    Counts

Comments_____

Assessment $ 100.00              Fine $ 7475

Restitution /Other _____

**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____