# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**CRAIG TURTON, (J) 53978-004**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06111-001**

**Roger Powell, AUSA / Robert Berube, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s)   **One of a Three Count Indictment on March 19, 2001**

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | Making a false statement in an application for United States passport. | 01/31/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)  **N/A**

[X] Count(s)  **All Others**  are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **02/23/1978**
Defendant's USM No.: **53978-004**
Defendant's Residence Address:
**9073 Honeywell Road**

**Lake Worth**   FL   **33467**

Defendant's Mailing Address:
**9073 Honeywell Road**

**Lake Worth**   FL   **33467**

06/29/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

06/29/01
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date July 19, 2001

No further action required by
U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed *illegible* SDUSM